IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH RAY JOHNSON,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　　CASE NO. CV411-127
　　　　　　　　　　　　　　　　)
LARRY CHISOLM, District Attorney )
of the Eastern Judicial Circuit, )
individually and in his official )
capacity; INVESTIGATING　　　　)
DETECTIVE OF CRN: 110303000;　)
POLICE OFFICERS OF SAVANNAH　)
CHATHAM METROPOLITAN POLICE　)
DEPARTMENT; TAMMY STOKES,　　)
Magistrate Court Judge; and　　)
RICHARD M. DARDEN, individually )
and in his official capacity;　　)
　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　)
　　　　　　　　　　　　　　　　)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this *26th* day of October 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA