IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH RAY JOHNSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV411-127
)
LARRY CHISOLM, District Attorney )
of the Eastern Judicial Circuit, )
individually and in his official )
capacity; INVESTIGATING )
DETECTIVE OF CRN: 110303000; )
POLICE OFFICERS OF SAVANNAH )
CHATHAM METROPOLITAN POLICE )
DEPARTMENT; TAMMY STOKES, )
Magistrate Court Judge; and )
RICHARD M. DARDEN, individually )
and in his official capacity; )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of October 2011.

                                    WILLIAM T. MOORE, JR.
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA